UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:15-CV-00440-MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| STOCKTON ORANGE; HARPREET U. SHERGILL; and Does 1-10, | |
| Defendants. | |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT